UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. MURRAY,<br><br>　　　　　　　Petitioner,<br><br>　　　　　v.<br><br>WARDEN B. BIRKHOLZ,<br><br>　　　　　　　Respondent. | Case No. 2:23-cv-02139 MWF (ADS)<br><br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") (Dkt. No. 1), Respondent's Motion to Dismiss the Petition (Dkt. No. 7), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 8), and all the records and files herein.  Petitioner did not file an opposition to Respondent's Motion to Dismiss and has not filed objections to the Report and Recommendation, despite the Court granting an extension to do so (Dkt. No. 12).  The Court has reviewed the Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 8);

2. The Petition is dismissed without prejudice (Dkt. No. 1); and

3. Judgment is to be entered accordingly.

DATED: September 8, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge