JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES M. MURRAY, | Case No. 2:23-cv-02139 MWF (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition dismissed without prejudice.

DATED: September 8, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge